**Dismissed and Memorandum Opinion filed August 22, 2024**



In The

# Fourteenth Court of Appeals

### NO. 14-24-00442-CV

## ANDRE JOHN HUIAR AND BUSINESS CONSTRUCTION, LLC, Appellants

### V.

## MIGUEL A. VILLACIS, Appellee

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2023-21248**

## MEMORANDUM OPINION

This appeal is from a judgment signed March 15, 2024. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On July 16, 2024, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court

with proof of payment. *See* Tex. R. App. P. 37.3(b). No response was filed. On August 1, 2024, appellant was ordered to provide this court with proof of payment for the record within 10 days. *See* Tex. R. App. P. 35.3(c). In the order, we notified appellant that failure to comply with the court's order would subject the appeal to dismissal without further notice. *See* Tex. R. App. P. 37.3(b). No response was filed.

Appellant has not provided this court with proof of payment for the record. We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Hassan.